

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2017

No. 04-17-00126-CR

Terrell **BUSH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 14-01-00046-CRW
Honorable Stella Saxon, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on July 31, 2017. **NO FURTHER EXTENSIONS OF TIME FOR FILING APPELLANT'S BRIEF WILL BE ALLOWED.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk